# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### NO. 5:24-CR-00273-D-1

UNITED STATES OF AMERICA :
:
v. :
:
KAVEN LEE STEPHENSON :
:

---

## ORDER

---

The court holds in abeyance Johnston County North Carolina Tax Collector's petition for preservation of tax lien [DE 205], in light of the government's response thereto confirming that said lien will be paid upon sale of the real property at issue, specifically, 420 Massengill Pond Rd, Angier, NC 27501.

The government is DIRECTED to notify the court within seven days of its payment of the lien, at which time the clerk, without further order of the court, shall terminate the petition as moot.

SO ORDERED, this the 29 day of June, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE